UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
THOMAS NGUYEN,

      Plaintiff,

  -- against --

BANK OF AMERICA and BRIAN
MOYNIHAN,

      Defendants.
------------------------------------------------------X

**JUDGMENT**
14-CV-1243 (RRM)

      This Court having entered a Memorandum and Order this day dismissing this action with prejudice, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff take nothing of defendants, and that this action is dismissed with prejudice.


Dated: Brooklyn, New York
       January 6, 2016

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge